B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**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** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2001 Wilshire Boulevard, Ste. 250**<br>**Santa Monica, CA**<br>ZIP Code **90403** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **1818 Market Sreet**<br>**Philadelphia, PA 19103** |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) **Page 2**

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**NNN 1818 Market Street 16, LLC, a Delaware Limited**<br>**Liability Company** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                           Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ John L. Smaha 95855** _____
Signature of Attorney for Debtor(s)

**John L. Smaha 95855 (Bar No. 95855)**
Printed Name of Attorney for Debtor(s)

**Smaha Law Group**
Firm Name

**2398 San Diego Avenue**
**San Diego, CA 92110**

_____
Address

**Email: jsmaha@smaha.com**
**619-688-1557  Fax: 619-688-1558**
Telephone Number

**January  5, 2015**          **(Bar No. 95855)**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gabor Csupo** _____
Signature of Authorized Individual

**Gabor Csupo**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**January  5, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTIONS OF THE MEMBERS OF
## NNN 1818 MARKET STREET 16, LLC

A meeting of the Members of NNN 1818 MARKET STREET 16, LLC, a Delaware Limited Liability Company, was held on January 5, 2015 at the offices of Company.

Based upon exigent circumstances the following resolutions were made by the Members of NNN 1818 MARKET STREET 16, LLC:

BE IT RESOLVED, that NNN 1818 MARKET STREET 16, LLC by and through Gabor Csupo, as its Manager, is authorized to execute a petition under Chapter 11 of the United States Bankruptcy Code placing NNN 1818 MARKET STREET 16, LLC, into protection under Chapter 11 of the United States Bankruptcy Code and that the case be filed in the Santa Ana division of the Central District, California based upon contractual venue clauses in the operative documents effecting the assets of the Company.

BE IT FURTHER RESOLVED, that Gabor Csupo, is authorized to take any and all actions necessary for the purposes of proposing and executing a Plan of Reorganization for NNN 1818 MARKET STREET 16, LLC including but not limited to, signing statements of financial affairs, liabilities and assets, plans of reorganization, sale of the assets of the company and all other matters necessary thereto.

BE IT FURTHER RESOLVED, that Gabor Csupo is authorized to open debtor-in-possession bank accounts if needed under his or others signatures, at any financial institution allowed under the guidelines of the United States Trustee for the Central District of California.

BE IT FURTHER RESOLVED, that Gabor Csupo is authorized to employ the law firm of Smaha Law Group as Debtor's counsel to represent the Debtor as debtor-in-possession in its Chapter 11 Bankruptcy proceeding.

Executed this 5th day of January 2015, at San Diego, California.

NNN 1818 MARKET STREET 16, LLC
By: Gabor Csupo
Its: Manager

W:\Market 16\100.Corporate Resolution.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company**    Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **A & S Sprinkler Co., Inc. 101 East Laurel Avenue Cheltenham, PA 19012** | **A & S Sprinkler Co., Inc. 101 East Laurel Avenue Cheltenham, PA 19012** | **Trade** | **Unliquidated** | **1.00** |
| **Allied Barton Security Services LLC 1760 Market Street Philadelphia, PA 19103** | **Allied Barton Security Services LLC 1760 Market Street Philadelphia, PA 19103** | **Trade** | **Unliquidated** | **1.00** |
| **American Anchor 228 Harrison Avenue, Unit E Englishtown, NJ 07726** | **American Anchor 228 Harrison Avenue, Unit E Englishtown, NJ 07726** | **Trade** | **Unliquidated** | **1.00** |
| **APEX Elevator Inspection & Testing P.O. Box 26086 Collegeville, PA 19426** | **APEX Elevator Inspection & Testing P.O. Box 26086 Collegeville, PA 19426** | **Trade** | **Unliquidated** | **1.00** |
| **Brocks Fire Protection, Inc. 3529 W. 3rd Street Trainer, PA 19061** | **Brocks Fire Protection, Inc. 3529 W. 3rd Street Trainer, PA 19061** | **Trade** | **Unliquidated** | **1.00** |
| **Caryl Technologies, Inc. P.O. Box 1068 Bryn Mawr, PA 19010** | **Caryl Technologies, Inc. P.O. Box 1068 Bryn Mawr, PA 19010** | **Trade** | **Unliquidated** | **1.00** |
| **Connell-Greene Consulting, Inc. 904 Kings Arm Drive Downingtown, PA 19335** | **Connell-Greene Consulting, Inc. 904 Kings Arm Drive Downingtown, PA 19335** | **Trade** | **Unliquidated** | **1.00** |
| **CTR Parking Solutions, LLC 555 Keystone Drive Warrendale, PA 15086** | **CTR Parking Solutions, LLC 555 Keystone Drive Warrendale, PA 15086** | **Trade** | **Unliquidated** | **1.00** |
| **E.J.W. Restoration, LLC 517 Penrose Lane Warminster, PA 18974** | **E.J.W. Restoration, LLC 517 Penrose Lane Warminster, PA 18974** | **Trade** | **Unliquidated** | **1.00** |
| **Energy Management Systems, Inc. 801 Springdale Drive, Ste. 101 Exton, PA 19341** | **Energy Management Systems, Inc. 801 Springdale Drive, Ste. 101 Exton, PA 19341** | **Trade** | **Unliquidated** | **1.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **NNN 1818 Market Street 16, LLC, a Delaware Limited
Liability Company**
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Fairborn Equipment Co. Mid-Atlantic**<br>**1411 Ford Road**<br>**Bensalem, PA 19020** | **Fairborn Equipment Co. Mid-Atlantic**<br>**1411 Ford Road**<br>**Bensalem, PA 19020** | **Trade** | **Unliquidated** | **1.00** |
| **Huneke**<br>**1900 East Westmoreland Street**<br>**Philadelphia, PA 19134** | **Huneke**<br>**1900 East Westmoreland Street**<br>**Philadelphia, PA 19134** | **Trade** | **Unliquidated** | **1.00** |
| **INX Technology Corporation**<br>**P.O. Box 288**<br>**Exton, PA 19341** | **INX Technology Corporation**<br>**P.O. Box 288**<br>**Exton, PA 19341** | **Trade** | **Unliquidated** | **1.00** |
| **Paul Rabinowitz Glass Co., Inc.**<br>**1401-15 North American Street**<br>**Philadelphia, PA 19122** | **Paul Rabinowitz Glass Co., Inc.**<br>**1401-15 North American Street**<br>**Philadelphia, PA 19122** | **Trade** | **Unliquidated** | **1.00** |
| **S & H Interlorscapes**<br>**300 Schell Lane, Ste. 304**<br>**Phoenixville, PA 19460** | **S & H Interlorscapes**<br>**300 Schell Lane, Ste. 304**<br>**Phoenixville, PA 19460** | **Trade** | **Unliquidated** | **1.00** |
| **Siemens Industry, Inc.**<br>**1450 Union Meeting Road**<br>**Blue Bell, PA 19422** | **Siemens Industry, Inc.**<br>**1450 Union Meeting Road**<br>**Blue Bell, PA 19422** | **Trade** | **Unliquidated** | **1.00** |
| **UniFirst Corporation**<br>**940 River Road**<br>**Croydon, PA 19021** | **UniFirst Corporation**<br>**940 River Road**<br>**Croydon, PA 19021** | **Trade** | **Unliquidated** | **1.00** |
| **Waste Management, Inc.**<br>**444 Oxford Valley Road, Ste. 220**<br>**Langhorne, PA 19047** | **Waste Management, Inc.**<br>**444 Oxford Valley Road, Ste. 220**<br>**Langhorne, PA 19047** | **Trade** | **Unliquidated** | **1.00** |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **NNN 1818 Market Street 16, LLC, a Delaware Limited
Liability Company**             Case No.  _____

                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **January  5, 2015** _____          Signature   **/s/ Gabor Csupo** _____

                                                         **Gabor Csupo**
                                                            **Manager**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

NNN 1818 Market Street 16, LLC, a Delaware Limited Liabil
2001 Wilshire Boulevard, Ste. 250
Santa Monica, CA 90403


John L. Smaha 95855
Smaha Law Group
2398 San Diego Avenue
San Diego, CA 92110


A & S Sprinkler Co., Inc.
101 East Laurel Avenue
Cheltenham, PA 19012


Allied Barton Security Services LLC
1760 Market Street
Philadelphia, PA 19103


American Anchor
228 Harrison Avenue, Unit E
Englishtown, NJ 07726


American Arbitration Association
6795 N. Palm Ave., 2nd Flr.
Fresno, CA 93704


APEX Elevator Inspection & Testing
P.O. Box 26086
Collegeville, PA 19426


Brocks Fire Protection, Inc.
3529 W. 3rd Street
Trainer, PA 19061

Caryl Technologies, Inc.
P.O. Box 1068
Bryn Mawr, PA 19010


Connell-Greene Consulting, Inc.
904 Kings Arm Drive
Downingtown, PA 19335


CTR Parking Solutions, LLC
555 Keystone Drive
Warrendale, PA 15086


David N. Ferri
West Legal Group, PC
9465 Wilshire Blvd., 3rd Flr.
Beverly Hills, CA 90212


Daymark Realty Advisors
1551 North Tustin Avenue
Santa Ana, CA 92705


E.J.W. Restoration, LLC
517 Penrose Lane
Warminster, PA 18974


Energy Management Systems, Inc.
801 Springdale Drive, Ste. 101
Exton, PA 19341


Fairborn Equipment Co. Mid-Atlantic
1411 Ford Road
Bensalem, PA 19020

Gordon & Holmes
223 W/ Date Street
San Diego, CA 92101-3571


Huneke
1900 East Westmoreland Street
Philadelphia, PA 19134


INX Technology Corporation
P.O. Box 288
Exton, PA 19341


Kenneth J. Catanzarite
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, CA 92801


Market Tower Partners
750 B Street, Ste. 2640
San Diego, CA 92101


Paul Rabinowitz Glass Co., Inc.
1401-15 North American Street
Philadelphia, PA 19122


S & H Interlorscapes
300 Schell Lane, Ste. 304
Phoenixville, PA 19460


Siemens Industry, Inc.
1450 Union Meeting Road
Blue Bell, PA 19422

UniFirst Corporation
940 River Road
Croydon, PA 19021


Wachovia Bank, Nat'l Assoc.
 Commercial Real Estate Services
8739 Research Dr., URP - 4 NC 1075
Charlotte, NC 28262


Waste Management, Inc.
444 Oxford Valley Road, Ste. 220
Langhorne, PA 19047

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John L. Smaha 95855**<br>**2398 San Diego Avenue**<br>**San Diego, CA 92110**<br>**619-688-1557 Fax: 619-688-1558**<br>California State Bar Number: **(Bar No. 95855)**<br>**jsmaha@smaha.com** | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **NNN 1818 Market Street 16, LLC, a Delaware**<br>    **Limited Liability Company**<br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **John L. Smaha 95855**                                , the undersigned in the above-captioned case, hereby declare
              *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:

　　　☐ I am the president or other officer or an authorized agent of the Debtor corporation

　　　☐ I am a party to an adversary proceeding

　　　☐ I am a party to a contested matter

　　　■ I am the attorney for the Debtor corporation

2.a.　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
　　　　*[For additional names, attach an addendum to this form.]*

　b.　■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| January  5, 2015 | By: | /s/ John L. Smaha 95855 |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |
| | Name: | **John L. Smaha 95855** |
| | | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**