# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: John L. Smaha

Street Address: 2398 San Diego Avenue

San Diego, CA 92110

Filer's Telephone No.: (619) 688-1557

Atty Name (if applicable): John L. Smaha

CA Bar No. (if applicable): 95855

Atty Fax No. (if applicable): (619) 688-1558

In re: NNN 1818 Market Street 16, LLC

Case No.: 2:15-bk-10111-TD

Chapter 7 ___ 11 ✓ 13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ✓    No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___ B ___ C ___ D ✓ E ___ F ✓ G ___ H ___ I ___ J ___

Statement of Social Security Number(s) ✓    Statement of Financial Affairs ___

Statement of Intention ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Gabor Csupo, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: January 27, 2015

Debtor Signature

Co-Debtor Signature

**FOR COURT USE ONLY**

*SEE REVERSE SIDE*

B-1006 Revised November 2011

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: John L. Smaha
Street Address: 2398 San Diego Avenue
San Diego, CA 92110
Filer's Telephone No.: (619) 688-1557

Atty Name (if applicable): John L. Smaha
CA Bar No. (if applicable): 95855
Atty Fax No. (if applicable): (619) 688-1558

In re: NNN 1818 Market Street 16, LLC

Case No.: 2:15-bk-10111-TD
Chapter 7 ___  11 ✓  13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ✓    No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B ___  C ___  D ✓  E ___  F ✓  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ✓    Statement of Financial Affairs ___

Statement of Intention ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Gabo Csupo ___, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: January 27, 2015

**FOR COURT USE ONLY**

/s/ Gabor Csupo
*Debtor Signature*

___
*Co-Debtor Signature*

*SEE REVERSE SIDE**

B-1008 Revised November 2011

B6D (Official Form 6D) (12/07)

In re  **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company**                Case No. __2:15-bk-10111-TD__

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>LNR Property, LLC<br>1601 Washington Avenue, Ste. 800<br>Miami Beach, FL 33139 | | - | (ADDED)<br>Notice Only to Servicer<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Wachovia Bank, Nat'l Assoc.<br>Commercial Real Estate Services<br>8739 Research Dr., URP - 4 NC 1075<br>Charlotte, NC 28262 | | - | (REVISED)<br>1st - $111,000,000.00<br>2nd - $10,000,000.00<br>Debtor's Allocated Share - 7.125%<br><br>Value $ 14,962,500.00 | | | | 8,621,250.00 | 0.00 |
| Account No.<br><br>  | | | <br><br>Value $ | | | | | |
| Account No.<br><br>  | | | <br><br>Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 8,621,250.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 8,621,250.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  NNN 1818 Market Street 16, LLC, a Delaware  
Limited Liability Company  
_____  
Debtor

Case No. __2:15-bk-10111-TD__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A & S Sprinkler Co., Inc.<br>101 East Laurel Avenue<br>Cheltenham, PA 19012 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>Allied Barton Security Services LLC<br>1760 Market Street<br>Philadelphia, PA 19103 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>American Anchor<br>228 Harrison Avenue, Unit E<br>Englishtown, NJ 07726 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>American Arbitration Association<br>6795 N. Palm Ave., 2nd Flr.<br>Fresno, CA 93704 | | - | Trade | | | | 0.00 |

__10__ continuation sheets attached

Subtotal  
(Total of this page)  3.00

B6F (Official Form 6F) (12/07) - Cont.

In re **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company**
Debtor

Case No. **2:15-bk-10111-TD**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>APEX Elevator Inspection & Testing<br>P.O. Box 26086<br>Collegeville, PA 19426 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>Brocks Fire Protection, Inc.<br>3529 W. 3rd Street<br>Trainer, PA 19061 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>Caryl Technologies, Inc.<br>P.O. Box 1068<br>Bryn Mawr, PA 19010 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>Connell-Greene Consulting, Inc.<br>904 Kings Arm Drive<br>Downingtown, PA 19335 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>CTR Parking Solutions, LLC<br>555 Keystone Drive<br>Warrendale, PA 15086 | | - | Trade | | X | | 1.00 |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company**  
Debtor

Case No. __2:15-bk-10111-TD__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David N. Ferri<br>West Legal Group, PC<br>9465 Wilshire Blvd., 3rd Flr.<br>Beverly Hills, CA 90212 | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>Daymark Realty Advisors<br>1551 North Tustin Avenue<br>Santa Ana, CA 92705 | - | | Trade | | | X | 0.00 |
| Account No.<br><br>E.J.W. Restoration, LLC<br>517 Penrose Lane<br>Warminster, PA 18974 | - | | Trade | | | X | 1.00 |
| Account No.<br><br>Energy Management Systems, Inc.<br>801 Springdale Drive, Ste. 101<br>Exton, PA 19341 | - | | Trade | | | X | 1.00 |
| Account No.<br><br>Fairborn Equipment Co. Mid-Atlantic<br>1411 Ford Road<br>Bensalem, PA 19020 | - | | Trade | | | X | 1.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    3.00

B6F (Official Form 6F) (12/07) - Cont.

In re: NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company

Case No. 2:15-bk-10111-TD

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gordon & Holmes<br>223 W. Date Street<br>San Diego, CA 92101-3571 | | - | Notice Only | | | | 0.00 |
| Account No.<br><br>Huneke<br>1900 East Westmoreland Street<br>Philadelphia, PA 19134 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>INX Technology Corporation<br>P.O. Box 288<br>Exton, PA 19341 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>Kenneth J. Catanzarite<br>Catanzarite Law Corporation<br>2331 West Lincoln Avenue<br>Anaheim, CA 92801 | | - | Notice Only | | | | 0.00 |
| Account No.<br><br>Market Tower Partners<br>750 B Street, Ste. 2640<br>San Diego, CA 92101 | | - | Trade, Unsecured Loan, Management Fees | | X | X | 20,000,000.00 |

Sheet no. 3 of 10 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 20,000,002.00

B6F (Official Form 6F) (12/07) - Cont.

In re  NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company  
Debtor

Case No. __2:15-bk-10111-TD__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NNN 1818 Market Street 1, LLC<br>c/o Jerry W. and Joan M. Jordan<br>21463 Saratoga Hills Road<br>Saratoga, CA 95070 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>    Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 10, LLC<br>c/o John E. Mathwig<br>4836 Devonshire Place<br>Santa Rosa, CA 95405 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>    Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 11, LLC<br>c/o Anthony & Nicolina Rita De Luca<br>1573 Nabal Road<br>La Habra Heights, CA 90631 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>    Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 13, LLC<br>c/o William B. Gilmer<br>13300 S.W. Fielding Road<br>Lake Osmelo, OR 97034 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>    Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 14, LLC<br>c/o Kingston House, LLC<br>5041 W. Fiar Avenue<br>Littleton, CO 80123 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>    Subject to setoff. | | X | X | 0.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company,
Debtor

Case No. __2:15-bk-10111-TD__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>NNN 1818 Market Street 15, LLC<br>c/o Paschal Investment Company<br>1769 Wastch Drive<br>Salt Lake City, UT 84108 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br>NNN 1818 Market Street 17, LLC<br>c/o Dennis B. Bierenfield<br>14 Camino Verde<br>Santa Barbara, CA 93103 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br>NNN 1818 Market Street 18, LLC<br>c/o Amelia N. Uribe<br>17291 Norwood Park Place<br>Tustin, CA 92781 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br>NNN 1818 Market Street 2, LLC<br>c/o Janet Broman Westmore<br>211 Park Avenue<br>Nevada City, CA 95959 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br>NNN 1818 Market Street 20, LLC<br>c/o Dutton Mill Joint Venture<br>400 West Ninth Street, Ste. 305<br>Wilmington, DE 19701 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

In re  NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company,   Case No. **2:15-bk-10111-TD**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NNN 1818 Market Street 22, LLC<br>c/o DSP Sunland, LLC<br>1950 Old Tustin Avenue<br>Santa Ana, CA 92705 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 23, LLC<br>c/o Louis S. Lopez, Inc.<br>421 Fleetwood Place<br>Glendora, CA 91740 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 24, LLC<br>c/o Sarah T. Burris<br>188 Mecklyrm Road<br>Mooresville, NC 28117 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 25, LLC<br>c/o Bay Mobile Home Parks<br>3049 6th Street, S<br>Saint Petersburg, FL 33705 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 26, LLC<br>c/o Larry Saks<br>800 S. Pacific Coast Highway, #402<br>Redondo Beach, CA 90277 | - | | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company**    Case No. **2:15-bk-10111-TD**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NNN 1818 Market Street 27, LLC<br>c/o Jeanne Colette Saks<br>33 Crest Road West<br>Rolling Hills, CA 90274 | | - | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 3, LLC<br>c/o Joral Schmalle<br>1009 Amito Drive<br>Berkeley, CA 94705 | | - | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 30, LLC<br>c/o Wilson Enterpises, LP<br>1 Bausch & Lomb Place<br>Rochester, NY 14604 | | - | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 31, LLC<br>c/o Stephen Roth<br>2 Bay Street<br>Bronx, NY 10464 | | - | (ADDED)<br>Miscellanous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 34, LLC<br>c/o Pony Express Sparks, LLC<br>Gina Devicchio and Rich Eckley<br>15872 W. Windsore Avenue<br>Goodyear, AZ 85395 | | - | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company

Case No. __2:15-bk-10111-TD__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>NNN 1818 Market Street 35, LLC<br>c/o Pearl Filipski<br>1712 Arkell Road<br>Walnut Creek, CA 94598 | - | | | (ADDED)<br>Miscellaneous Contractual Claims<br>   Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 36, LLC<br>c/o Donald Bausler<br>700 Mission Canyon Road<br>Santa Barbara, CA 93105 | - | | | (ADDED)<br>Miscellaneous Contractual Claims<br>   Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 4, LLC<br>c/o DAS Unlimited, Inc.<br>20147 NW 58th Place<br>Hialeah, FL 33015 | - | | | (ADDED)<br>Miscellaneous Contractual Claims<br>   Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 5, LLC<br>c/o Thomas and Nancy Gregory<br>25651 Paseo De la Paz<br>San Juan Capistrano, CA 92675 | - | | | (ADDED)<br>Miscellaneous Contracual Claims<br>   Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 6, LLC<br>c/o Michael C. Hanly<br>4623 Rock Meadow Place<br>Santa Rosa, CA 95405 | - | | | (ADDED)<br>Miscellaneous Contractual Claims<br>   Subject to setoff. | | X | X | 0.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company**,  Case No. __2:15-bk-10111-TD__
                                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NNN 1818 Market Street 7, LLC<br>c/o A.W. Deland<br>Deland Investments, Inc.<br>274 Diamond Street<br>Laguna Beach, CA 92651 | | - | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 8, LLC<br>c/o A.W. Deland<br>Deland Investments, Inc.<br>274 Diamond Street<br>Laguna Beach, CA 92651 | | - | (ADDED)<br>Miscellaneous Contractual Claims | | | | 0.00 |
| Account No.<br><br>NNN 1818 Market Street 9, LLC<br>c/o Alan J. Felt<br>770 Lublolly Drive<br>Vass, NC 28394 | | - | (ADDED)<br>Miscellaneous Contractual Claims<br>Subject to setoff. | | X | X | 0.00 |
| Account No.<br><br>Paul Rabinowitz Glass Co., Inc.<br>1401-15 North American Street<br>Philadelphia, PA 19122 | | - | Trade | | X | | 1.00 |
| Account No.<br><br>S & H Interlorscapes<br>300 Schell Lane, Ste. 304<br>Phoenixville, PA 19460 | | - | Trade | | X | | 1.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **NNN 1818 Market Street 16, LLC, a Delaware Limited Liability Company**,  
Debtor

Case No. __2:15-bk-10111-TD__

### AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Siemens Industry, Inc. <br> 1450 Union Meeting Road <br> Blue Bell, PA 19422 | - | | Trade | | X | | 1.00 |
| Account No. <br><br> UniFirst Corporation <br> 940 River Road <br> Croydon, PA 19021 | - | | Trade | | X | | 1.00 |
| Account No. <br><br> Waste Management, Inc. <br> 444 Oxford Valley Road, Ste. 220 <br> Langhorne, PA 19047 | - | | Trade | | X | | 1.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 3.00

Total (Report on Summary of Schedules): 20,000,018.00

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: January 28, 2015

Amelda M. Dawson
Print or Type Name

*[signature]*
Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2011*

LNR Property, LLC
1601 Washington Avenue, Ste. 800
Miami Beach, FL 33139

NNN 1818 Market Street 1, LLC
c/o Jerry W. and Joan M. Jordan
21463 Saratoga Hills Road
Saratoga, CA 95070

NNN 1818 Market Street 10, LLC
c/o John E. Mathwig
4836 Devonshire Place
Santa Rosa, CA 95405

NNN 1818 Market Street 11, LLC
c/o Anthony & Nicolina Rita De Luca
1573 Nabal Road
La Habra Heights, CA 90631

NNN 1818 Market Street 13, LLC
c/o William B. Gilmer
13300 S.W. Fielding Road
Lake Osmelo, OR 97034

NNN 1818 Market Street 14, LLC
c/o Kingston House, LLC
5041 W. Fiar Avenue
Littleton, CO 80123

NNN 1818 Market Street 15, LLC
c/o Paschal Investment Company
1769 Wastch Drive
Salt Lake City, UT 84108

NNN 1818 Market Street 17, LLC
c/o Dennis B. Bierenfield
14 Camino Verde
Santa Barbara, CA 93103

NNN 1818 Market Street 18, LLC
c/o Amelia N. Uribe
17291 Norwood Park Place
Tustin, CA 92781

NNN 1818 Market Street 2, LLC
c/o Janet Broman Westmore
211 Park Avenue
Nevada City, CA 95959

NNN 1818 Market Street 20, LLC
c/o Dutton Mill Joint Venture
400 West Ninth Street, Ste. 305
Wilmington, DE 19701

NNN 1818 Market Street 22, LLC
c/o DSP Sunland, LLC
1950 Old Tustin Avenue
Santa Ana, CA 92705

NNN 1818 Market Street 23, LLC
c/o Louis S. Lopez, Inc.
421 Fleetwood Place
Glendora, CA 91740

NNN 1818 Market Street 24, LLC
c/o Sarah T. Burris
188 Mecklyrm Road
Mooresville, NC 28117

NNN 1818 Market Street 25, LLC
c/o Bay Mobile Home Parks
3049 6th Street, S
Saint Petersburg, FL 33705

NNN 1818 Market Street 26, LLC
c/o Larry Saks
800 S. Pacific Coast Highway, #402
Redondo Beach, CA 90277

NNN 1818 Market Street 27, LLC
c/o Jeanne Colette Saks
33 Crest Road West
Rolling Hills, CA 90274

NNN 1818 Market Street 3, LLC
c/o Joral Schmalle
1009 Amito Drive
Berkeley, CA 94705

NNN 1818 Market Street 30, LLC
c/o Wilson Enterpises, LP
1 Bausch & Lomb Place
Rochester, NY 14604

NNN 1818 Market Street 31, LLC
c/o Stephen Roth
2 Bay Street
Bronx, NY 10464

NNN 1818 Market Street 34, LLC
c/o Pony Express Sparks, LLC
Gina Devicchio and Rich Eckley
15872 W. Windsore Avenue
Goodyear, AZ 85395

NNN 1818 Market Street 35, LLC
c/o Pearl Filipski
1712 Arkell Road
Walnut Creek, CA 94598

NNN 1818 Market Street 36, LLC
c/o Donald Bausler
700 Mission Canyon Road
Santa Barbara, CA 93105

NNN 1818 Market Street 4, LLC
c/o DAS Unlimited, Inc.
20147 NW 58th Place
Hialeah, FL 33015

NNN 1818 Market Street 5, LLC
c/o Thomas and Nancy Gregory
25651 Paseo De la Paz
San Juan Capistrano, CA 92675

NNN 1818 Market Street 6, LLC
c/o Michael C. Hanly
4623 Rock Meadow Place
Santa Rosa, CA 95405

NNN 1818 Market Street 7, LLC
c/o A.W. Deland
Deland Investments, Inc.
274 Diamond Street
Laguna Beach, CA 92651

NNN 1818 Market Street 8, LLC
c/o A.W. Deland
Deland Investments, Inc.
274 Diamond Street
Laguna Beach, CA 92651

NNN 1818 Market Street 9, LLC
c/o Alan J. Felt
770 Lublolly Drive
Vass, NC 28394

U.S. Trustee
915 Wilshire Blvd., #1850
Los Angeles, Ca 90017-3560